IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

BETSY BATES,                                    )
                                                )
        Plaintiff,                              )       Case: 4:15-cv-00783-AGF
                                                )
v.                                              )
                                                )
DELMAR GARDENS NORTH, INC.                      )
and DELMAR GARDENS NORTH                        )
OPERATING LLC,                                  )
                                                )
        Defendants.                             )

**DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO EXTEND TIME TO
RESPOND TO DEFENDANTS' MOTION TO EXCLUDE PLAINTIFF'S EXPERT**

Defendants Delmar Gardens North, Inc. and Delmar Gardens North Operating LLC, by and through their attorneys, respectfully submit this Opposition to Plaintiff's Motion to Extend Time to Respond to Defendants' Motion to Exclude Plaintiff's Expert.

Plaintiff's request for an extension of time to respond to Defendants' Motion to Exclude the Opinions and Testimony of Plaintiff's Expert, Judith Shepard-Kegl ("Motion to Exclude") should be denied.  Plaintiff attempts to lump together Defendants' Motion to Exclude and Defendants' Motion for Summary Judgment as if they were the same motion with the same deadlines.  They are not.

Plaintiff's response to Defendants' Motion for Summary Judgment is governed by this Court's February 28, 2017, Third Amended Case Management Order (Dkt. No. 53) ("Case Management Order").  The Case Management Order provides that Plaintiff's response to Defendants' Motion for Summary Judgment is due by July 28, 2017.  *See* Case Management Order (stating responses to "[a]ny motions for summary judgment or motions for judgment on the pleadings" must be filed no later than 28 days after those motions are filed, and no later than

July 28, 2017).  On July 19 (well before the deadline), Plaintiff's counsel requested a two-week extension of time to file Plaintiff's response to Defendants' Motion for Summary Judgment. Defendants consented to this extension.  *See* parties' email correspondence, attached as Exhibit A.  As such, Defendants do not oppose Plaintiff's Motion to Extend Time to Respond to Defendants' Motions *to the extent it seeks an extension of time for Plaintiff's response to Defendants' Motion for Summary Judgment.*

It is unclear (and perhaps unnecessary for resolution) why Plaintiff attempts to lump these two Motions and two deadlines together.  But Defendants' Motion to Exclude is completely separate from Defendants' Motion for Summary Judgment.  Plaintiff seems to suggest that the July 28, 2017, deadline set forth in the Case Management Order applies to Plaintiff's response to Defendants' Motion to Exclude.  It does not.  The Case Management Order sets forth absolutely no briefing deadlines for responses or replies to the Motion to Exclude.  This is in stark contrast to the fact that the Case Management Order offers very specific briefing deadlines for responses and replies to the Motion for Summary Judgment.

Instead, Plaintiff's response to Defendants' Motion to Exclude is governed by Rule 4.01 of the Local Rules of the United States District Court for the Eastern District of Missouri.  Under that rule, Plaintiff's deadline to respond to Defendants' Motion to Exclude was ***July 7, 2017***. *See* E.D. Mo. L.R. 4.01 ("Except as otherwise provided in these rules or by order of the Court, each party opposing a motion shall file, within seven (7) days after being served with the motion, a memorandum containing any relevant argument and citations to authorities on which the party relies.").  On July 21, 2017—two days after requesting an extension of time to respond to Defendants' Motion for Summary Judgment and two weeks after the deadline to respond to Defendants' Motion to Exclude had passed—Plaintiff's counsel requested a two-week extension

2

of time to respond to Defendants' Motion to Exclude.  Defendants did not consent to this extension.

Now, two and a half weeks after the deadline has passed, Plaintiff is requesting a six-week extension of time—up to and including August 11, 2017—to respond to Defendants' Motion to Exclude.  Plaintiff's request should be denied.  A six-week extension of a one-week deadline is excessive.  More importantly, Plaintiff is requesting this extension long after her deadline has passed.  Defendants might have accommodated Plaintiff's request for an extension if it was sought within the applicable time limit.  But a lengthy extension sought long after the applicable time limit has expired is improper, especially where Plaintiff has offered no reasonable explanation for why she could not comply with the mandated deadline (or at least request an extension within the time limit).

## CONCLUSION

For the reasons discussed above, Defendants respectfully request that the Court deny Plaintiff's request for an extension of time to respond to Defendants' Motion to Exclude, and for any other relief the Court deems just and proper.

**HUSCH BLACKWELL LLP**

By:  /s/ Kaytlin E. Kopen
    Gregory J. Minana, #38004MO
    Robert J. Tomaso, #39780MO
    Kaytlin E. Kopen, #67437MO
    190 Carondelet Plaza, Suite 600
    Saint Louis, Missouri 63105
    Telephone: (314) 480-1500
    Facsimile: (314) 480-1505
    greg.minana@huschblackwell.com
    bob.tomaso@huschblackwell.com
    kayt.kopen@huschblackwell.com

*Attorneys for Defendants Delmar Gardens North, Inc. and Delmar Gardens North Operating LLC*

3

SLC-8330382-1

## <u>CERTIFICATE OF SERVICE</u>

The undersigned counsel hereby certifies the foregoing was served on the following via the Court's electronic service system, on this 25th day of July, 2017:

Andrew Rozynski, Esq.
Eric Mark Baum, Esq.
Philip M. Black, Esq.
EISENBERG AND BAUM, LLP
24 Union Square E., 4th Floor
New York, NY  10003
(212) 353-8700
Facsimile:  (212) 353-1708
ebaum@eandblaw.com
arozynski@eandblaw.com
pblack@eandblaw.com

Kenneth A. Leeds, Esq.
KENNETH A. LEEDS, P.C.
906 Olive Street, Suite 1006
St. Louis, MO  63101
(314) 726-5555
Facsimile:  (314) 725-3012
kleeds41@aol.com

*Attorneys for Plaintiff Betsy Bates*


                                        /s/ Kaytlin E. Kopen

4

SLC-8330382-1