UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

BETSY BATES,                          )
                                      )
            Plaintiff,                )
                                      )
    vs.                               )        Case No. 4:15-CV-00783-AGF
                                      )
DELMAR GARDENS NORTH,                 )
INC., et al.,                         )
                                      )
            Defendants.               )

## MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff's Motion to Preclude Argument of Several

Liability (ECF No. 107), in which Plaintiff seeks to preclude Defendants from arguing, by

motion for directed verdict or otherwise, that Defendant Delmar Gardens North, Inc. cannot be

held liable for conduct towards Plaintiff on the basis that this Defendant merely owns the land

on which the facility at issue operates but does not employee any staff or provide care to

patients such as Plaintiff.

In support of this motion, Plaintiff points to Defendants' joint answer to the complaint,

joint response to Plaintiff's requests for admission, and joint discovery responses, in which

Defendants repeatedly refer to the relevant employees and policies in the plural possessive

form (e.g., "Defendants' staff" and "Defendants' policies and procedures").  Plaintiff argues

that Defendants must be bound by these admissions.  Defendants oppose Plaintiff's motion.

Upon careful consideration of the parties' arguments, and the pleadings and discovery

responses submitted in connection therewith, the Court is not convinced that Defendants'

admissions in their joint answer to the complaint and joint discovery responses so clearly

establish joint liability as to preclude an argument to the contrary. However, Plaintiff will be free to seek to introduce at trial Defendants' judicial admissions and discovery responses in order to prove her claims.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Preclude Argument of Several Liability is **DENIED**. ECF No. 107.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 21st day of November, 2017.